

DISCLOSURE OFFICE    2008 AUG 25  A 10: 48    RECEIVED

CHAMBERS OF

HAROLD BAER, JR.

DISTRICT JUDGE

TEL (212) 805-0184

August 20, 2008

Judge Ortrie D. Smith, Chair
Judicial Conference of the
United States Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, D.C. 20544

<u>Re: Calendar Year 2007 Filing</u>

Dear Judge Smith:

Reference is made to your letter of July 23, 2007 addressed to me regarding my filing for the calendar year 2007.

In Part II, III, and V, your comments concerning responses have been duly noted for future reports.

With respect to Part II, Line 1, a full explanation is listed.

1.     With respect to <u>Part II Line 1 Agreements,</u> and more particularly to the New York Management Welfare Fund, it is simply a state created entity that provides benefits to former New York State employees including Supreme Court Justices. That's all I know.  I don't know what you mean when you say a complete listing is required for any agreement, my only recollection of the benefit is a $10,000 life insurance policy and nothing else.  I don't know what you mean by the date.  I took office in New York State on January 1, 1982 and that's when it likely began. I have no information about the parties and the terms.  It is a New York State welfare fund - likely included hundreds of thousands of New York State employees.  If you want me to write to New York State and get more details I will but I want you to understand that I have absolutely no interest in this fund other than the benefit it may provide, i.e., a life insurance policy.

Part IV, Line 2:

2.    Seminar in Washington, D.C. June 2007 - The seminar was sponsored by the AEI-Brookings Joint Center for Regulatory Studies, Judicial Education Program. They reimbursed me for airfare and cab fare to and from the airport.

The following pages have been amended:

Page 5, Line 7 for "Intel Corp."

Page 6, Line 27 for "Interactive Brokers Group"

Page 5, Line 17 covers "Plains all American Pipeline, LP" and J.M. Smucker have nothing to do with "Advantage Prim 40 PD". A further explanation is required.



Hon. Harold Baer, Jr.
U.S.D.J.



| FINANCIAL DISCLOSURE REPORT<br>Page 5 of 8 | Name of Person Reporting<br><br>BAER, JR., HAROLD | Date of Report<br><br>05/07/2008 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependant children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   ROCHESTER FUND | C | Dividend | M | T | | | | | |
| 2.   EXXON MOBIL CORP. | B | Dividend | L | T | | | | | |
| 3.   HOME DEPOT INC. | A | Dividend | K | T | | | | | |
| 4.   PROCTOR & GAMBLE CO. | B | Dividend | L | T | | | | | |
| 5.   SCUDDER GLOBAL FUND | A | Dividend | J | T | | | | | |
| 6.   VERIZON COMM. | A | Dividend | K | T | SELL | 4/17 | K | E | |
| 7.   INTEL CORP | | None | K | T | SELL | 2/28 | K | E | |
| 8.   ROCHESTER MUNICIPAL FUND, INC. | C | Dividend | M | T | | | | | |
| 9.   FIRST ENERGY CORP. | B | Dividend | K | T | PART SALE | 4/17 | K | E | |
| 10.   PFIZER, INC. | B | Dividend | K | T | PART SALE | 7/8 | K | E | |
| 11.   CYPRESS SEMICONDUCTOR CORP | | None | L | T | | | | | |
| 12.   OPPENHEIMER CAPITAL APPREC. FD IRA | | None | J | T | SELL | 4/17 | K | E | |
| 13.   QUEST FOR DUAL PURPOSE FUND IRA | A | Dividend | J | T | | | | | |
| 14.   3.67% INTEREST BUILDING BROOKLYN, NY | B | Rent | J | W | | | | | |
| 15.   OCC CASH RESERVE | A | Dividend | J | T | | | | | |
| 16.   OPPENHEIMER QUEST CAPITAL VALUE FUND | | None | J | T | | | | | |
| 17.   PLAINS ALL AMERICAN PIPELINE LP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 8 | BAER, JR., HAROLD | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ . NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MEDCO HEALTH SOLUTIONS | A | Dividend | J | T | | | | | |
| 19.  GENERAL ELECTRIC | A | Dividend | J | T | BUY | 7/30 | | | |
| 20.  ICICI BANK LTD | A | Dividend | J | T | | | | | |
| 21.  IDEARC INNC. | A | Dividend | J | T | | | | | |
| 22.  I SHARES MSCI | A | Dividend | K | T | | | | | |
| 23.  CAPITAL WORLD GROWTH INCOME FUND | A | Dividend | K | T | | | | | |
| 24.  WASHINGTON MUTUAL INV FUND | A | Dividend | K | T | SELL | 1/11 | K | | |
| 25.  ASBURY AUTOMOBILE GROUP | A | Dividend | J | T | BUY | 10/29 | | | |
| 26.  SOUTHWEST AIRLINES CO. | B | Dividend | J | T | BUY | 7/31 | | | |
| 27.  INTERACTIVE BROKERS GROUP | | None | J | T | BUY | 5/4 | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) BAER, JR., HAROLD | 2. Court or Organization US DISTRICT | 3. Date of Report 05/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address ROOM 2230 US COURTHOUSE 500 PEARL STREET NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | New York Management Welfare Fund |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 9: 02 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | MATTHEW BENDER & CO., INC. - BOOK ROYALTIES | $ 1,278.00 |
| 2. | | PENSION - NY STATE EMPLOYEES' RETIREMENT SYTEM | $ 21,074.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJC EDUCATIONAL SEMINAR | APR 22-25 | BOSTON, MA | | |
| 2. | NON-FJC EDUCATIONAL SEMINAR | JUNE 20-22 | WASHINGTON, DC | | $306 |
| 3. | COURT GOVERNANCE OR ADMINSTRATIVE / MANAGERIAL MEETINGS | JULY 23-26 | SAN ANTONIO, TX | | $300 |
| 4. | COURT GOVERNANCE OR ADMINSTRATIVE / | AUG 6-9 | PASADENA, CA | | $2,241 |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/07/2008 |

MANAGERIAL
MEETINGS

| | | | | | |
|---|---|---|---|---|---|
| 5. | MEETING OF US JUDICIAL CONFERENCE OR COMMITTEES | OCT 14-17 | PALM BEACH, FL | | 1,264.00 |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WACHOVIA SECURITIES ● | SECURITIES MARGIN ACCOUNT | J |
| 2. WACHOVIA SECURITIES ● | SECURITIES MARGIN ACCOUNT | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROCHESTER FUND | C | Dividend | M | T | | | | | |
| 2. EXXON MOBIL CORP. | B | Dividend | L | T | | | | | |
| 3. HOME DEPOT INC. | A | Dividend | K | T | | | | | |
| 4. PROCTOR & GAMBLE CO. | B | Dividend | L | T | | | | | |
| 5. SCUDDER GLOBAL FUND | A | Dividend | J | T | | | | | |
| 6. VERIZON COMM. | A | Dividend | K | T | SELL | 4/17 | K | E | |
| 7. INTEL CORP | A | | K | T | SELL | 2/28 | K | E | |
| 8. ROCHESTER MUNICIPAL FUND, INC. | C | Dividend | M | T | | | | | |
| 9. FIRST ENERGY CORP. | B | Dividend | K | T | PART SALE | 4/17 | K | E | |
| 10. PFIZER, INC. | B | Dividend | K | T | PART SALE | 7/8 | K | E | |
| 11. CYPRESS SEMICONDUCTOR CORP | | None | L | T | | | | | |
| 12. OPPENHEIMER CAPITAL APPREC. FD IRA | | None | J | T | SELL | 4/17 | K | E | |
| 13. QUEST FOR DUAL PURPOSE FUND IRA | A | Dividend | J | T | | | | | |
| 14. 3.67% INTEREST BUILDING BROOKLYN, NY | B | Rent | J | W | | | | | |
| 15. OCC CASH RESERVE | A | Dividend | J | T | | | | | |
| 16. OPPENHEIMER QUEST CAPITAL VALUE FUND | | None | J | T | | | | | |
| 17. PLAINS ALL AMERICAN PIPELINE LP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MEDCO HEALTH SOLUTIONS | A | Dividend | J | T | | | | | |
| 19. GENERAL ELECTRIC | A | Dividend | J | T | BUY | 7/30 | | | |
| 20. ICICI BANK LTD | A | Dividend | J | T | | | | | |
| 21. IDEARC INNC. | A | Dividend | J | T | | | | | |
| 22. I SHARES MSCI | A | Dividend | K | T | | | | | |
| 23. CAPITAL WORLD GROWTH INCOME FUND | A | Dividend | K | T | | | | | |
| 24. WASHINGTON MUTUAL INV FUND | A | Dividend | K | T | SELL | 1/11 | K | | |
| 25. ASBURY AUTOMOBILE GROUP | A | Dividend | J | T | BUY | 10/29 | | | |
| 26. SOUTHWEST AIRLINES CO. | B | Dividend | J | T | BUY | 7/31 | | | |
| 27. INTERACTIVE BROKERS GROUP | | | J | T | BUY | 5/4 | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544